**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ML-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

This Document Relates to the Following Actions:

Plaintiffs identified in Exhibit A

### OMNIBUS STIPULATION OF DISMISSAL WITH PREJUDICE

The 15 Plaintiffs listed in Exhibit A and Defendants Cook Incorporated, Cook Medical

LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook

Defendants")[1] hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that

Plaintiffs' claims against all Cook Defendants shall be dismissed with prejudice in their entirety.

Each party shall bear its own fees and costs.

Counsel for Plaintiffs listed in Exhibit A, John Thomas Kirtley , III, and counsel for the

Cook Defendants, Andrea Roberts Pierson, consent to the dismissal of the claims of Plaintiffs

listed in Exhibit A via this Omnibus Stipulation for Dismissal with Prejudice.

---

[1] The Parties consent that to the extent there are any other named defendants affiliated or related to Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS shall also be dismissed. Such other named defendants may include Cook Group, Inc., Medical Engineering and Development Institute, Inc. (now known as Cook Research Incorporated), Cook Medical Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe ApS, Cook Nederland BV, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services, Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Hold-ing AB, and Cook Nederland Holding Cooperatief U.A, and all of their predecessors and successors in interest, parent companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest, as well as their insurers and all of their past, present, and future officers, directors, stockholders, attorneys, agents, representatives, employees, partners, assigns, distributors, and sales representatives.

Dated this 26th day of November 2024.

Respectfully submitted,

| **Ferrer Poirot Feller Daniel** | **Faegre Drinker Biddle & Reath, LLP** |
|---|---|
| By:  /s/ *John Thomas Kirtley, III*<br>John Thomas Kirtley, III<br>2603 Oak Lawn Ave., Suite 300<br>Dallas, TX 75219<br>Phone: (214) 521-4412<br>Fax: (866) 513-0115<br>jkirtley@lawyerworks.com | By:  /s/ *Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 26th, 2024, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

<em>/s/ Andrea Roberts Pierson</em>

**EXHIBIT A**

| Plaintiff Name | Filing No. |
|---|---|
| Colombo, Elisa | 1:17-cv-01441 |
| Ewan, Denise and Christopher | 1:17-cv-02822 |
| Kampen, Jeri | 1:17-cv-02961 |
| DeGroot, Michael and Bridget | 1:18-cv-01337 |
| Humphries, Ruth | 1:18-cv-02703 |
| Hodge, Kevin | 1:18-cv-04068 |
| Rhynehardt, Annetta | 1:19-cv-01355 |
| Johnson, Jeffrey | 1:20-cv-00272 |
| Brown, Carolyn | 1:20-cv-02577 |
| Reiller, Anna | 1:20-cv-02589 |
| Euson, Teresa | 1:20-cv-03266 |
| Hudson, Levi | 1:20-cv-06174 |
| Smith, Amber | 1:21-cv-02139 |
| Southall, Jr., Owen | 1:21-cv-06383 |
| Ailshie, Faye | 1:21-cv-06683 |